# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE LEE, | Case No.: 1:18-cv-0247 - DAD -JLT |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR SERVICE |
| v. | |
| MARTHA P. EHLENBACH, et al., | (Doc. 6) |
| Defendants. | |

On June 11, 2018, Plaintiff filed a request that the Court "order service of summons and complaint to be made by the United States Marshal Service." (Doc. 6 at 1) Previously, however, the Court determined Plaintiff's claims failed as a matter of law, and recommended the action be dismissed. (Doc. 4 at 13) These findings and recommendations are pending before the assigned District Judge (*see id.* at 13-14), and service is not appropriate at this time. Accordingly, the Court **ORDERS**: Plaintiff's motion for service (Doc. 6) is **DENIED** without prejudice.

IT IS SO ORDERED.

Dated: **June 13, 2018**         **/s/ Jennifer L. Thurston**
                                 UNITED STATES MAGISTRATE JUDGE